IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KRISTALYN TALMER,**

    **Petitioner,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No. 4:25-cv-94-AW-MAL**

**WARDEN, FCI TALLHASSEE,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Kristalyn Talmer filed a § 2241 petition contending she was entitled to certain time credits. The magistrate judge issued a report and recommendation concluding that all four asserted grounds for relief fail for the same reason: Talmer is statutorily ineligible for the credits because of the nature of her conviction. ECF No. 16. Talmer filed no objection to the report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2241 petition is DENIED."

Talmer's motion for appointed counsel (ECF No. 17) is DENIED. Talmer has no statutory or constitutional right to counsel in this circumstance, and she has not shown that any is necessary or appropriate. As a matter of discretion, I conclude no appointed counsel is warranted.

The clerk will close the file.

1

SO ORDERED on November 17, 2025.

                                                                                   s/ *Allen Winsor*
                                                                                   Chief United States District Judge